

RECEIVED
SEP 3 0 2014
DOUGLAS E. ARPERT
U.S MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | Crim. No. 13-2520 |
| IILLICH A. HALL,<br>a/k/a "ADRIAN MCKENZIE,"<br>a/k/a "ADRIAN MCKENZY,"<br>a/k/a "ANDRE LAKE,"<br>a/k/a "BLING" | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Fabiana Pierre-Louis, Assistant U.S. Attorney), and defendant Illich Hall (by Michael A. Armstrong, Esq., attorney for defendant), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days; and eight continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and as the defendant has consented to such a continuance for a period of 60 days, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and the United States and defendant desire additional time to negotiate a plea agreement, which would thereby render trial of this matter unnecessary; and

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___30th___ day of September 2014,

ORDERED that the proceedings scheduled in the above-captioned matter are continued for a period of 60 days from September 29, 2014 through and including November 27, 2014;

IT IS FURTHER ORDERED that the period from September 29, 2014 through and including November 27, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

I hereby consent to the form
and entry of this Order.

_____
Fabiana Pierre-Louis
Assistant U.S. Attorney

_____
Michael A. Armstrong, Esq.
Attorney for Defendant Ulich Hall

APPROVED BY:

_____
Harvey Bartle
Attorney-in-Charge, Trenton

2